BEFORE THE SECOND DIVISION, JUNE 23, 1959

**No. 63191.**—Carson M. Simon & Co. *v.* United States, protests 237331–K, 237332–K, and 237337–K (Philadelphia).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 63192.**—Victory Shipping Co., Inc. *v.* United States, protest 58/17017(B) (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

**No. 63193.**—Metallurg, Inc. *v.* United States, protests 58/20677, etc. (Philadelphia).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 23, 1959

**No. 63194.**—Schenley Import Corp. *v.* United States, protests 988854–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.